DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Research & Writing Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone (916) 498-5700

Attorney for Defendant
CESAR CABALLERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Mag. No. 11-00035-EFB |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SELF-SURRENDER DATE** |
| v. | JUDGE: Hon. Edmund F. Brennan |
| CESAR CABALLERO, | |
| Defendant. | |

Defendant, through counsel, hereby requests an extension of his self-surrender date on his 90-day sentence from October 15, 2012 to January 15, 2013, at 2:00 p.m. The United States concurs with this request.

Mr. Caballero seeks an extension of time to self-surrender because the civil trial in case number Civ. S. 08-03133-JAM was continued by the Court to December 3, 2012. Mr. Caballero is representing himself pro se in that case and will need to appear at his trial on that date. The original October self-surrender date was set because the civil trial was expected to start in September 2012. The continuance of the civil trial necessitates a continuance of Mr. Caballero's self-surrender date.

Based upon the foregoing, the parties stipulate and request that this Court enter an Order extending the self-surrender date to January 15 2013, at 2:00 p.m.

Dated: July 12, 2012

          Respectfully submitted,
          DANIEL J. BRODERICK
          Federal Defender

          /s/ Rachelle Barbour
          RACHELLE BARBOUR
          Research & Writing Attorney

          BENJAMIN B. WAGNER
          United States Attorney

Dated: July 12, 2012

          By /s/ Rachelle Barbour for
          CHRIS CHANG
          Special Assistant United States Attorney
          Attorney for Plaintiff

**O R D E R**

The date of October 15, 2012 for self-surrender is vacated. The new date of January 15, 2013, at 2:00 p.m. is set for self-surrender.

The court is not inclined to grant further extensions of the self-surrender date.

DATED: July 17, 2012.

          EDMUND F. BRENNAN
          UNITED STATES MAGISTRATE JUDGE